# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 20, 2010

No. 09-50599
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARVORSIA DEVIONN ROSE,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:09-CR-15-1

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Carvorsia Devionn Rose has moved
for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967). Rose has not filed a response. Our independent
review of the record and counsel's brief discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.